## In re PLAZA MUSIC CO., Inc., Bankrupt.

## John G. PAINE, Appellant, v. Horace G. PENDER, Appellee.

No. 394.

Circuit Court of Appeals, Second Circuit.

May 6, 1935.

Frank & Frank, of New York City (David Frank, of New York City, of counsel), for appellant.

Hahn, Abeson & Golin, of New York City (Julius J. Abeson, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below (10 F. Supp. 310).